UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHIRLEY WILLIAMS,

    Plaintiff,

  -v-

United States District Judge DAVID G. LARIMER,

    Defendant.

---

DECISION AND ORDER
10-CV-6291CJS

-PS-O-

  Shirley Williams, proceeding *pro se,* has filed papers on a form provided by the Court for filing a Civil Action. Plaintiff seeks to compel another district judge of this Court to render a decision in *Williams v. Commissioner of Social Security,* No. 04-CV-6227.[1] This Court does not have jurisdiction to consider the papers, which are in the nature of a petition for a writ of mandamus. *See* Federal Rules of Appellate Procedure, Rule 21(a)(1), Writs of Mandamus and Prohibition, and Other Extraordinary Writs. This Court is without jurisdiction to entertain the application. Therefore, in the interests of justice and pursuant to 28 U.S.C. § 1631, this motion shall be transferred to the Second Circuit Court of Appeals.

  IT HEREBY IS ORDERED, that the papers are transferred to the Second Circuit Court of Appeals.

  SO ORDERED.

Dated: June 8, 2010
    Rochester, New York

                /s/ Charles J. Siragusa
                CHARLES J. SIRAGUSA
                United States District Judge

---

[1] The Court notes that the decision petitioner seeks by her application appears to have been rendered. According to the docket, a Decision and Order was entered on June 7, 2010, disposing of the pending motions and the lawsuit in case number 04-CV-6227.